IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| OLAMIDE OLATAYO BELLO,<br>  #65100510 | §<br>§<br>§ | |
| VS. | §<br>§ | CIVIL CASE NO. 4:25-CV-736-SDJ |
| FANNIN COUNTY DETENTION<br>CENTER | §<br>§<br>§ | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge in this action (the "Report") (Dkt. #7), this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 27, 2025, the Magistrate Judge entered the Report, containing proposed findings of fact and recommendations that the petition for a writ of mandamus under 28 U.S.C. § 1361 be dismissed as frivolous with prejudice as to its refiling in federal court, but without prejudice as to Petitioner's right to seek mandamus relief from the courts of the State of Texas. The Magistrate Judge further recommended that the dismissal be counted as a strike under 28 U.S.C. § 1915(g).

The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. No objections having been timely filed, the Court concludes that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court.

It is therefore **ORDERED** that the petition for a writ of mandamus is **DISMISSED** as frivolous with prejudice as to its refiling in federal court, but without prejudice as to Petitioner's right to seek mandamus relief from the courts of the State of Texas. This dismissal is counted as a strike under 28 U.S.C. § 1915(g). It is further **ORDERED** that all motions not previously ruled on are hereby **DENIED**.

**So ORDERED and SIGNED this 8th day of October, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE